UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

INDIGO AG, INC.                                                         PLAINTIFF

v.                              No. 5:18-cv-254-DPM

L & L FARMS PARTNERSHIP;
and LARRY EARNEST                                                  DEFENDANTS

## JUDGMENT

Indigo's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2020